UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| PHILLIP ROSCHER,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL VISION SERVICES, LLC d/b/a MYEYEDR,<br><br>Defendant. | Civil Action No. 25-80534 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff and Defendant, by and through their undersigned counsel, hereby stipulate to the dismissal of this action, with prejudice.

1

<table>
<tr><td>

*/s/* Camar R. Jones
**SHAVITZ LAW GROUP, P.A.**
Gregg I Shavitz (FL Bar No. 011398)
gshavitz@shavitzlaw.com
Camar Jones (FL Bar No. 720291)
cjones@shavitzlaw.com
Alan L. Quiles (FL Bar No. 062431)
aquiles@shavitzlaw.com
Loren B. Donnell (FL Bar No. 013429)
ldonnell@shavitzlaw.com
622 Banyan Trail, Suite 200
Boca Raton, FL 33431
Telephone: (561) 447-8888

**BURR & SMITH LLP**
Sam J. Smith (FL Bar No. 818593)
9800 4th Street North, Suite 200
St. Petersburg, FL 33702
Telephone: (813) 253-2010
smith@burrandsmithlaw.com
ldonnell@burrandsmithlaw.com

COUNSEL FOR PLAINTIFF

</td><td>

/s/  Kevin Young
**SEYFARTH SHAW LLP**
Kevin Young (FL Bar No. 114151)
kyoung@seyfarth.com
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056
COUNSEL FOR DEFENDANT

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that, on August 15, 2025, this document was filed via CM/ECF, and will be delivered electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

**s/ Camar R. Jones**
Camar R. Jones